In the Matter of HELEN BROWNE, Appellant, against JOHN L. RICE, as Commissioner of Health of the City of New York, Respondent.

Submitted June 3, 1940; decided June 11, 1940.

*William C. Chanler, Corporation Counsel* (*William Mason Smith, Jr.,* of counsel), for motion.

*George Dyson Friou* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.